AO 120 (Rev. 08/10)

| TO:    Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Southern District of New York_____ on the following

☑ Trademarks or    ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>26-cv-2494 | DATE FILED<br>03/26/2026 | U.S. DISTRICT COURT<br>Southern District of New York |
|---|---|---|
| **PLAINTIFF**<br><br>Milwaukee Electric Tool Corporation | | **DEFENDANT**<br><br>The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A to the Complaint |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  See attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
|---|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>Tammi M. Hellwig | (BY) DEPUTY CLERK<br>/s/ J. Gonzalez | DATE<br>3/26/2026 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**

## Summary of Trademarks

| Registration No. | Date | Holder |
|---|---|---|
| 917,618 | 8/3/1971 | Milwaukee Electric Tool Corporation |
| 1,489,877 | 5/31/1988 | Milwaukee Electric Tool Corporation |
| 1,739,475 | 12/15/1992 | Milwaukee Electric Tool Corporation |
| 2,624,843 | 9/24/2002 | Milwaukee Electric Tool Corporation |
| 3,772,366 | 4/6/2010 | Milwaukee Electric Tool Corporation |
| 3,908,609 | 1/18/2011 | Milwaukee Electric Tool Corporation |
| 4,203,253 | 9/4/2012 | Milwaukee Electric Tool Corporation |
| 4,203,255 | 9/4/2012 | Milwaukee Electric Tool Corporation |
| 4,203,258 | 9/4/2012 | Milwaukee Electric Tool Corporation |
| 4,203,259 | 9/4/2012 | Milwaukee Electric Tool Corporation |
| 4,207,146 | 9/11/2012 | Milwaukee Electric Tool Corporation |
| 4,400,601 | 9/10/2013 | Milwaukee Electric Tool Corporation |
| 4,400,602 | 9/10/2013 | Milwaukee Electric Tool Corporation |
| 4,407,484 | 9/24/2013 | Milwaukee Electric Tool Corporation |
| 4,580,441 | 8/15/2014 | Milwaukee Electric Tool Corporation |
| 4,849,244 | 11/10/2015 | Milwaukee Electric Tool Corporation |
| 4,861,744 | 12/1/2015 | Milwaukee Electric Tool Corporation |
| 5,071,525 | 11/1/2016 | Milwaukee Electric Tool Corporation |
| 5,085,184 | 11/22/2016 | Milwaukee Electric Tool Corporation |
| 5,085,201 | 11/22/2016 | Milwaukee Electric Tool Corporation |
| 5,085,219 | 11/22/2016 | Milwaukee Electric Tool Corporation |
| 5,085,220 | 11/22/2016 | Milwaukee Electric Tool Corporation |
| 5,085,222 | 11/22/2016 | Milwaukee Electric Tool Corporation |
| 5,085,223 | 11/22/2016 | Milwaukee Electric Tool Corporation |
| 5,085,240 | 11/22/2016 | Milwaukee Electric Tool Corporation |
| 5,117,238 | 1/10/2017 | Milwaukee Electric Tool Corporation |
| 5,117,290 | 1/10/2017 | Milwaukee Electric Tool Corporation |
| 5,203,577 | 5/16/2017 | Milwaukee Electric Tool Corporation |
| 5,203,630 | 5/16/2017 | Milwaukee Electric Tool Corporation |
| 5,318,403 | 10/24/2017 | Milwaukee Electric Tool Corporation |
| 5,845,616 | 8/27/2019 | Milwaukee Electric Tool Corporation |
| 5,883,116 | 10/15/2019 | Milwaukee Electric Tool Corporation |
| 5,894,915 | 10/29/2019 | Milwaukee Electric Tool Corporation |
| 6,011,155 | 5/17/2020 | Milwaukee Electric Tool Corporation |

# Summary of Trademarks

| | | |
|---|---|---|
| 6,089,843 | 6/30/2020 | Milwaukee Electric Tool Corporation |
| 6,089,844 | 6/30/2020 | Milwaukee Electric Tool Corporation |
| 6,089,845 | 6/30/2020 | Milwaukee Electric Tool Corporation |
| 6,175,446 | 10/13/2020 | Milwaukee Electric Tool Corporation |
| 6,209,035 | 12/1/2020 | Milwaukee Electric Tool Corporation |
| 6,209,036 | 12/1/2020 | Milwaukee Electric Tool Corporation |
| 6,259,202 | 2/2/2021 | Milwaukee Electric Tool Corporation |
| 6,269,364 | 2/16/2021 | Milwaukee Electric Tool Corporation |
| 6,369,616 | 6/1/2021 | Milwaukee Electric Tool Corporation |
| 6,694,516 | 4/5/2022 | Milwaukee Electric Tool Corporation |
| 6,705,395 | 4/19/2022 | Milwaukee Electric Tool Corporation |
| 7,619,998 | 12/24/2024 | Milwaukee Electric Tool Corporation |
| 7,620,164 | 12/24/2024 | Milwaukee Electric Tool Corporation |
| 7,620,165 | 12/24/2024 | Milwaukee Electric Tool Corporation |
| 7,620,166 | 12/24/2024 | Milwaukee Electric Tool Corporation |
| 7,650,845 | 1/14/2025 | Milwaukee Electric Tool Corporation |
| 7,676,072 | 2/4/2025 | Milwaukee Electric Tool Corporation |