**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, <br><br> Defendants. | Civil Action No. 26-cv-2494 |

## CERTIFICATE OF SERVICE

I, Shengmao Mu, declare as follows:

1. On March 30, 2026, Plaintiff received ECF notice that the Temporary Restraining Order ("TRO") was granted permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronically publishing a link to the Complaint, TRO and relevant documents on a website and by sending an e-mail to the e-mail addresses provided for Defendants by third parties that includes a link to said website. ECF No. 17.

2. I hereby certify that on April 10, 2026, I or somebody under my direction electronically published the Complaint, TRO, all signed Orders and scheduling orders, and all other documents on a website.

3. I hereby certify that on April 10, 2026, I or somebody under my direction sent an e-mail that includes a link to said website to the e-mail addresses provided by third party service providers and disclosed by Defendants.

1

I declare under penalty of perjury that the foregoing is true and correct.


Dated: April 15, 2026                    Respectfully submitted,

                                         */s/ Shengmao Mu*
                                         Shengmao Mu
                                         NY No. 5707021
                                         **WHITEWOOD LAW PLLC**
                                         57 West 57th Street, 3rd and 4th Floors
                                         New York, NY 10019
                                         Telephone: (917) 858-8018
                                         Email: smu@whitewoodlaw.com

                                         *Counsel for Plaintiff*

2