**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MILWAUKEE ELECTRIC TOOL
CORPORATION,

        Plaintiff,

v.

FUNIQUEE, et al.,

        Defendants.

Civil Action No. 26-cv-2494

Hon. Loretta A. Preska

### ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS CERTAIN <u>DEFENDANTS</u> <u>WITHOUT PREJUDICE</u>

The Court has considered Plaintiff's Letter Motion to Dismiss Certain Defendants Without Prejudice and finds that voluntary dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, the following defendants are dismissed from this case without prejudice, and with each party bearing their own attorney's fees and costs:

| Defendant Seller Name | DOE No. |
|---|---|
| leagoods | 6 |
| yangxiaodi | 9 |
| yewposy | 14 |
| Yiluokuang | 18 |
| Youhuatt | 25 |
| Zafee | 38 |
| Zecheng Trading | 40 |
| zhaoyi guoji | 46 |
| zhoukoudianaoshangmaoyouxiangongsi | 51 |
| zhoukoumengheshangmaoyouxiangongsi | 52 |
| zhoukoumingyushangmaoyouxiangongsi | 53 |
| Zorro2023 | 63 |
| Autojare | 75 |
| CoreNest | 91 |
| HealthFound | 126 |

| Liying Trade Co., Ltd. | 144 |
| LumenLink Trading | 149 |

SO ORDERED this 18th day of May, 2026.

_Loretta A. Preska_

_____
Hon. Loretta A. Preska
UNITED STATES DISTRICT JUDGE