**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION,<br><br>            Plaintiff,<br><br>v.<br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>            Defendants. | Civil Action No. 26-cv-02494<br><br>Judge Loretta A. Preska |

**DEFENDANT'S MOTION TO DISSOLVE OR MODIFY THE PRELIMINARY INJUNCTION ORDER**

Defendant No. 4 JGTM Battery ("JGTM" or "Defendant"), by and through its undersigned counsel, hereby moves this Court to dissolve or modify the preliminary injunction order.

In support of this Motion, Defendant files: (1) a Memorandum of Law, (2) Declaration of Xiaofu Huang, Esq., (3) Declaration of Yan Li, Plaintiff's principal.

Dated: May 18, 2026

Respectfully submitted,
/s/ *Xiaofu Huang*
Xiaofu Huang
NY Attorney Registration #5460555
DELTA IP LAW PLLC
20F Street NW, Suite 700
Washington DC, 20001
Telephone: 213-887-0265
Email: floria@deltaiplaw.com
*Counsel for JGTM Battery*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 18, 2026, I caused a true and correct copy of the foregoing

pleading to be filed electronically with the Clerk of Court using the CM/ECF system which sent

notification of such filing to all attorneys of record who have consented to such notifications.

*/s/ Xiaofu Huang*
Xiaofu Huang

The Motion is GRANTED.  The Clerk of Court
shall close Dkt. 42.

**SO ORDERED.**

_____
Loretta A. Preska
Senior United States District Judge

June 11, 2026

2