

**57 West 57th Street, 3rd & 4th Floors, Manhattan, NY 10019**
**T:** +1 (917) 858-8018 | **E:** smu@whitewoodlaw.com
**W:** whitewoodlaw.com

June 19, 2026
Hon. Loretta A. Preska
Courtroom 12A
United States Courthouse
500 Pearl Street
New York, NY 10007

### MOTION TO DISMISS CERTAIN DEFENDANTS WITHOUT PREJUDICE

Re: Milwaukee Electric Tool Corporation v. FUNIQUEE, et al. Case No. 1:26-cv-2494

Dear Hon. Judge Preska,

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff respectfully requests that the Court dismiss without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| Yousanshop | 28 |
| zhangjiajieyucanshangmao1 | 44 |
| ZhiweiDZ | 50 |
| Athena | 72 |
| BLShop-1 | 84 |
| Chruvq | 89 |
| CQ Digital Co., Ltd. | 93 |
| Electronics Co., Ltd. | 101 |
| HK Little Store | 128 |
| Mist | 155 |
| Neon beautiful | 156 |

A proposed order is submitted herewith.

Dated: June 19, 2026                         Respectfully submitted,

                                             */s/ Shengmao Mu*
                                             Shengmao Mu
                                             NY No. 5707021
                                             **WHITEWOOD LAW PLLC**
                                             57 West 57th Street, 3rd and 4th Floors
                                             New York, NY 10019
                                             Telephone: (917) 858-8018
                                             Email: smu@whitewoodlaw.com

                                             *Counsel for Plaintiff*