**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MILWAUKEE ELECTRIC TOOL CORPORATION,

Plaintiff,

v.

FUNIQUEE, et al.,

Defendants.

Civil Action No. 26-cv-2494

Hon. Loretta A. Preska

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS CERTAIN DEFENDANTS WITHOUT PREJUDICE**

The Court has considered Plaintiff's Letter Motion to Dismiss Certain Defendants Without Prejudice and finds that voluntary dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, the following defendants are dismissed from this case without prejudice, and with each party bearing their own attorney's fees and costs:

| Defendant Seller Name | DOE No. |
|---|---|
| ENERGYCELL168 | 102 |
| LQQ | 146 |
| Topbatterymall25 | 185 |

SO ORDERED this 6th day of October, 2026.

Loretta A. Preska

Hon. Loretta A. Preska
UNITED STATES DISTRICT JUDGE